UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
::
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
::
-----------------------------------------------------------------X
EDISON CARDENAS, : 06-CV-14533-AKH
:
                      Plaintiff, : **APPEARANCE**
:
  - against - :
: **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*, :
:
                     Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                         By:    /s/ Judith R. Cohen
                                      _____
                               Judith R. Cohen (JC-8614)
                               1177 Avenue of the Americas
                               New York, New York 10036
                               Phone: (212) 277-6500
                               Fax: (212) 277-6501

                               *Attorney for Defendant*
                               MERRILL LYNCH & CO., INC.

DOCSNY-271388v01